# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**UNITED STATES OF AMERICA**                     **Judge : Bill Wilson**
**counsel: Anne Gardner**                        **Reporter: C. Newburg**
**counsel:**                                     **Clerk: M. Johnson**
                                                 **Interpreter:**
                    **vs**                       **USPO: S. Earsa**

**STANLEY NELSON**
**counsel: Jerome Kearney**
**counsel:**                                     **Date: April 19, 2007**

                                     **CASE NO: 4:01CR00100-01-WRW**


### COURT PROCEEDING: Supervised Release Revocation Hearing

**Begin: 1:37 p.m.**                                     **End: 2:00 p.m.**

**Court calls case and reviews to present; deft admits violations of petition; Court finds violation occurred; sentence imposed; 21 MONTHS BOP; No supervised release to follow.**

**Amended J&C to be entered.**

**Court in recess.**